United States District Court
Southern District of Texas

**ENTERED**

April 22, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Straight Line Industrial Services, Inc., | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-05175 |
| | § | |
| Insultherm Inc., | § | |
| Defendant. | § | |
| | § | |

## FIRST AMENDED PATENT CASE SCHEDULING ORDER

Before the Court is a joint motion to modify the Patent Case Scheduling Order (Dkt. 23). After careful consideration, it is hereby **ORDERED** that the Patent Case Scheduling Order (Dkt. 23) will be replaced by the following amended schedule and the Rules of Practice for Patent Cases in the Southern District of Texas will apply in this case:

| 0 | **January 27, 2026 @ 10:30am** | **Scheduling Conference** |
|---|---|---|
| 1 | **February 19, 2026** | **PRELIMINARY INFRINGEMENT CONTENTIONS** Comply with P.R. 3-1 and P.R. 3-2. After this date, it is necessary to obtain leave of court to add and/or amend infringement contentions, pursuant to Patent Rule (P.R.) 3-7.<br><br>**JOIN ADDITIONAL PARTIES OR ADD NEW PATENTS AND/OR CLAIMS** It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court. |
| 2 | **April 21, 2026** | **PRELIMINARY INVALIDITY CONTENTIONS** Comply with P.R. 3-3 and 3-4. _After this date,_ it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R. 3-7.<br><br>**INEQUITABLE CONDUCT ALLEGATIONS** Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations. |

1

| 3 | **April 7, 2026** | **EXCHANGE PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION** <br> Comply with P.R. 4-1. |
|---|---|---|
| 4 | **April 28, 2026** | **EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE** <br> Comply with P.R. 4-2. |
| 5 | **May 26, 2026** | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** <br> Comply with P.R. 4-3. |
| 6 | **May 26, 2026** | **AMEND PLEADINGS** <br> It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. |
| 7 | **June 23, 2026** | **DISCOVERY DEADLINE ON CLAIM CONSTRUCTION ISSUES** <br> *See* P.R. 4-4. |
| 8 | **June 30, 2026** | **TECHNOLOGY TUTORIAL DEADLINE** <br> Provide Court with technology tutorials (optional). |
| 9 | **July 14, 2026** | **OPENING CLAIM CONSTRUCTION BRIEF** <br> Comply with P.R. 4-5(a)(1). |
| 10 | **July 28, 2026** | **RESPONSIVE CLAIM CONSTRUCTION BRIEF** <br> Comply with P.R. 4-5(a)(2). |
| 11 | **August 4, 2026** | **REPLY CLAIM CONSTRUCTION BRIEF** <br> Comply with P.R. 4-5(a)(3). |
| 12 | **Est. September 3, 2026** | **JOINT CLAIM CONSTRUCTION CHART** <br> Comply with P.R. 4-5(b) and (c). |
| 13 | *September 15, 2026* | **CLAIM CONSTRUCTION (*MARKMAN*) HEARING** <br><br> at <u>10:00 a.m.</u> at the United States District Court, Courtroom <u>9C</u>, <u>Houston</u>, Texas. |

| 14 | [*Markman* ruling within 6 weeks after *Markman* hearing]<br><br>**October 27, 2026** | **Court's Decision on Claim Construction** (*Markman* Ruling)<br>***(If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.)*** |
|---|---|---|
| 15 | [4 weeks after *Markman* Ruling (# 14)]<br><br>**November 24, 2026** | **DEADLINE FOR FINAL INFRINGEMENT CONTENTIONS AND TO AMEND PLEADINGS ON INFRINGEMENT CLAIMS**<br>**NOTE**: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final infringement contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 16 | **December 1, 2026** | **PRIVILEGE LOGS/WILLFULNESS**<br>Comply with P.R.3-8<br>All parties furnish privilege logs by this date. |
| 17 | **December 3, 2026** | **DEADLINE FOR FINAL INVALIDITY CONTENTIONS AND TO AMEND PLEADINGS ON INVALIDITY CLAIMS**.<br>**NOTE**: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final invalidity contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 18 | **January 14, 2027** | **COMPLETION OF FACT DISCOVERY**<br>Written discovery requests are NOT timely if they are served so close to this deadline that under the Fed. R. Civ. P. the response would not be due until after this deadline. |
| 19 | **January 21, 2027** | **DESIGNATION OF EXPERTS AND REQUIRED REPORTS OTHER THAN CLAIM CONSTRUCTION AND ATTORNEYS' FEES**<br>Party with burden of proof ("BOP") on non-construction and fees issues shall comply with Fed. R. Civ. P.26(a)(2)(A-C). |
| 20 | **February 18, 2027** | **DESIGNATION OF RESPONSIVE EXPERTS AND REQUIRED REPORTS**<br>Party not having BOP on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| 21 | **March 18, 2027** | **COMPLETION OF EXPERT DISCOVERY** |

| 22 | **April 22, 2027** | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |
|----|----|----|
| 23 | **June 29, 2027** | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE** <br> The Joint Pretrial Order will contain the pretrial disclosures required by Fed. R. Civ. P. Rule 26(a)(3), Local Rules and this Court's procedures. Plaintiff is responsible for timely filing the complete Joint Pretrial Order.  Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 24 | *August 27, 2027 at 2:00 p.m.* | **DOCKET CALL/ FINAL PRETRIAL CONFERENCE** at the United States District Court, Courtroom 9C, Houston, Texas. |
| 25 | **MEDIATION is REQUIRED prior to Docket Call**, <br><br> **March 4, 2027** | **MEDIATION TO BE COMPLETED BY THIS DATE** <br> The parties must select a mediator for this case. The parties and mediator must comply with S.D. TEXAS LOCAL RULE 16. |
| 26 | *The court will set the case for trial as close to docket call as close as practicable.* | **JURY SELECTION AND TRIAL** commences, subject to Court's criminal docket |

SIGNED on April 22, 2026, at Houston, Texas.

_____

Nicholas J. Ganjei
United States District Judge

4